Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; INTERSCOPE RECORDS; ELEKTRA ENTERTAINMENT GROUP INC.; MOTOWN RECORD COMPANY, L.P.; LAFACE RECORDS LLC; FONOVISA, INC.; and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; LAFACE RECORDS LLC, a Delaware limited liability company; FONOVISA, INC., a California corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br><br>                    Defendant. | CASE NO. 5:07-CV-06034-RMW<br><br>**Honorable Ronald M. Whyte**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER** |

1     Plaintiffs respectfully request that the Court continue the case management conference currently set for March 28, 2008, at 10:30 a.m. to July 25, 2008.  Plaintiffs further request, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1)(A), that the Court grant an additional 90 days – until June 26, 2008 – to serve Defendant with the Summons and Complaint.  As further explained below, Plaintiffs have not yet discovered the identity of the Doe defendant in this case, and cannot move this case forward until they do so.  In support of their request, Plaintiffs state as follows:

    1.    The initial case management conference is set for March 28, 2008.  The current deadline for service of process is March 28, 2008.  No previous continuances or extensions have been requested or granted in this case.

    2.    Plaintiffs filed their Complaint for Copyright Infringement against Defendant John Doe on November 29, 2007.  Plaintiffs did not have sufficient identifying information to name Defendant in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned to Defendant by Defendant's Internet Service Provider ("ISP") – in this case, the University of California-Berkeley.  In order to determine the true name and identity of the Doe defendant, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on November 29, 2007, requesting that the Court enter an Order allowing Plaintiffs to serve a Rule 45 subpoena on the ISP.

    3.    The Court has not yet ruled on Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery.  Accordingly, Plaintiffs have been unable to serve a subpoena on the ISP to obtain the identity of the Doe defendant.

    4.    If the Court grants Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, Plaintiffs will promptly serve a Rule 45 subpoena on the ISP seeking information sufficient to identify Defendant.  If Plaintiffs discover Defendant's identity, Plaintiffs intend to contact Defendant and attempt to resolve the dispute.  If the dispute cannot be resolved, Plaintiffs intend to file a First Amended Complaint naming Defendant personally, and then proceed to serve process upon him or her.  However, until Plaintiffs discover Defendant's identity, they are unable to

1

Ex Parte Application to Continue CMC and Extend Time to Serve Defendant and [Proposed] Order
Case No. 5:07-cv-06034-RMW
#36204 v1

1  initiate settlement discussions, name him or her personally in this action, or serve him or her with
2  process.

3       5.     Given the circumstances of this case, Plaintiffs respectfully request that the case
4  management conference be continued to July 25, 2008, or such other date as conveniences the Court.
5  Plaintiffs further request an additional 90 days – until June 26, 2008 – to effectuate service.

6       6.     Plaintiffs' submit that the filing of their *Ex Parte* Application for Leave to Take
7  Immediate Discovery demonstrates "good cause" under Rule 4(m) for an extension of time for
8  service.  *See Matasareanu v. Williams*, 183 F.R.D. 242, 245-46 (C.D. Cal. 1998) (stating good cause
9  standard for service extensions).  Unlike a traditional case in which the defendant is known by name
10  and efforts to serve can begin immediately after filing the complaint, in this case Plaintiffs first must
11  obtain the identity of the defendant through the subpoena to the ISP, a process which is not yet
12  complete.  This Court has discretion to enlarge the time to serve even where there is no good cause
13  shown.  *Henderson v. United States*, 517 U.S. 654, 658 n. 5 (1996).

14       7.     Because the copyright infringements here occurred in 2007, the three-year limitations
15  period for these claims has not expired.  *See* 17 U.S.C. § 507(b) (2000).  There can thus be no
16  prejudice to the Defendant from any delay in serving the Complaint.

17       8.     Plaintiffs will provide the Defendant with a copy of this request and any Order
18  concerning this request when service of process occurs.

19  Dated: March 17, 2008                          HOLME ROBERTS & OWEN LLP

21                                          By:   */s/ Matthew Franklin Jaksa*
22                                                MATTHEW FRANKLIN JAKSA
                                              Attorney for Plaintiffs
23                                                BMG MUSIC; SONY BMG MUSIC
24                                                ENTERTAINMENT; WARNER BROS.
                                              RECORDS INC.; INTERSCOPE
25                                                RECORDS; ELEKTRA
26                                                ENTERTAINMENT GROUP INC.;
                                              MOTOWN RECORD COMPANY, L.P.;
27                                                LAFACE RECORDS LLC; FONOVISA,
                                              INC.; and UMG RECORDINGS, INC.
28

# [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED,** pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to June 26, 2008.

**IT IS FURTHER ORDERED** that the case management conference currently set for March 28, 2008, at 10:30 a.m. be continued to July 25, 2008.

Dated: _____        By: _____
                                          Honorable Ronald M. Whyte
                                          United States District Judge

3

Ex Parte Application to Continue CMC and Extend Time to Serve Defendant and [Proposed] Order
Case No. 5:07-cv-06034-RMW
#36204 v1