**E-FILED on**   3/19/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BMG MUSIC et al.,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN DOE,<br><br>        Defendant. | No. C-07-06034 RMW<br><br>ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY<br><br>**[Re Docket No. 2]** |

     Plaintiffs are granted leave to serve immediately a Rule 45 subpoena on the University of California, Berkeley that seeks information sufficient to identify Defendant John Doe, including the name, current and permanent address and telephone number, e-mail address, and Media Access Control address.  Plaintiffs must serve a copy of this order on the University of California, Berkeley when they serve the subpoena.

     The disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).  Any information disclosed to plaintiffs in response to the Rule 45 subpoena may be used by plaintiffs solely for the purpose of protecting plaintiffs' rights under the Copyright Act.

     If and when the University of California, Berkeley is served with a subpoena, it shall, within five business days, give written notice to the subscribers whose identities are to be disclosed in

ORDER GRANTING EX PARTEAPPLICATION FOR LEAVE TOTAKE IMMEDIATE DISCOVERY—No. C-07-06034 RMW
MAG

response to the subpoena. Such written notice may be achieved by messages sent by electronic email. If the University of California, Berkeley or any defendant wishes to move to quash the subpoena, that party shall do so before the return date.

DATED:     3/19/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Matthew Franklin Jaksa     matt.jaksa@hro.com

**Counsel for Defendant:**

No appearance

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   3/19/08                           /s/ MAG
                                    **Chambers of Judge Whyte**