| | |
|---|---|
| Dawniell Alise Zavala (CA State Bar No. 253130)<br>HOLME ROBERTS & OWEN LLP<br>560 Mission Street, 25th Floor<br>San Francisco, CA 94105-2994<br>Telephone: (415) 268-2000<br>Facsimile: (415) 268-1999<br>Email: dawniell.zavala@hro.com<br><br>Attorneys for Plaintiffs,<br>BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; INTERSCOPE RECORDS; ELEKTRA ENTERTAINMENT GROUP INC.; MOTOWN RECORD COMPANY, L.P.; LAFACE RECORDS LLC; FONOVISA, INC.; and UMG RECORDINGS, INC. | *E-FILED - 7/22/08* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; LAFACE RECORDS LLC, a Delaware limited liability company; FONOVISA, INC., a California corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>   v.<br><br>JOHN DOE,<br>                Defendant. | CASE NO. 5:07-CV-06034-RMW<br><br>HON. RONALD M. WHYTE<br><br>*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [] ORDER |

*Ex Parte* Application To Extend Time To Serve Defendant And [] Order
Case No. 5:07-Cv-06034-RMW
#38819 V1

#38819 V1

Plaintiffs respectfully request that the Court continue the case management conference currently set for July 25, 2008, at 10:30 a.m. to October 24, 2008.  As further explained below, Plaintiffs have discovered the identity of the Doe defendant in this case, and are currently in settlement negotiations.  In support of their request, Plaintiffs state as follows:

1.     The initial case management conference is set for July 25, 2008.  Plaintiffs requested, and the Court granted, one previous continuance of the case management conference on March 19, 2008.

2.     Plaintiffs filed their Complaint for Copyright Infringement against Defendant John Doe on November 29, 2007.  Plaintiffs did not have sufficient identifying information to name Defendant in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned to Defendant by Defendant's Internet Service Provider ("ISP") – in this case, the University of California-Berkeley.  In order to determine the true name and identity of the Doe defendant, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on November 29, 2007, requesting that the Court enter an Order allowing Plaintiffs to serve a Rule 45 subpoena on the ISP.

3.     The Court granted Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery on March 19, 2008.  Accordingly, Plaintiffs thereafter served a subpoena on the ISP to obtain the identity of the Doe defendant.  On April 30, 2008, the ISP responded to Plaintiffs' subpoena, identifying the Defendant, Gina Carolina Riggs-Baeza

4.     Upon receipt of this information from the ISP, Plaintiffs sent a letter to Defendant on May 13, 2008 notifying her of their claims for copyright infringement and encouraging her to make contact to attempt to amicably resolve this matter.  In response to this letter, Defendant contacted Plaintiffs' settlement representatives on  May 30, 2008, and the parties engaged a settlement discussion.  No settlement was reached at this time.

5.     Plaintiffs have since engaged in several follow-up settlement communications with Defendant to resolve this matter, but have so far not agreed on a settlement amount.  However, Defendant did admit to Plaintiffs on June 11, 2008 that she committed the copyright infringement at issue. If Plaintiffs are unable to reach a settlement agreement with Defendant by August 1, 2008,

1

Plaintiffs plan to file a First Amended Complaint naming her individually as the defendant in this case, and then proceed to serve process upon her.

6. Given the circumstances of this case, Plaintiffs respectfully request that the case management conference be continued from July 25, 2008 at 10:30 a.m. to October 17, 2008, or such other date as conveniences the Court.

7. Plaintiffs will provide the Defendant with a copy of this request and any Order concerning this request when service of process occurs.

Dated: July 17, 2008                                HOLME ROBERTS & OWEN LLP

By: ___/s/ Dawniell Alise Zavala_____
DAWNIELL ALISE ZAVALA
Attorney for Plaintiffs
BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; INTERSCOPE RECORDS; ELEKTRA ENTERTAINMENT GROUP INC.; MOTOWN RECORD COMPANY, L.P.; LAFACE RECORDS LLC; FONOVISA, INC.; and UMG RECORDINGS, INC.

### [] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for July 25, 2008, at 10:30 a.m. be continued to October 17, 2008.

Dated: __7/22/08_____                     By: __Ronald M. Whyte_____
                                                                Honorable Ronald M. Whyte
                                                                United States District Judge

2

Ex Parte Application to Continue CMC and Extend Time to Serve Defendant and [] Order
Case No. 5:07-cv-06034-RMW
#38819 v1